PROVIDED TO
FRANKLIN C.I. ON
2/15/13  SW
FOR MAILING  R.W.
INMATE INITIALS

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 21 2013

JAMES N. HATTEN, Clerk
By: Cheryl [signature], Deputy Clerk

AT

Date: 2/15/13

Docket No.#

RE: Notice to Department of Insurance.

1:13-CV-0579

To whom it may concern:

In compliance with sec. 748.28 Fla. Stat (1987). Notice given, it is my intent to file a Civil Action/ Sanctions Tort against John H. Rutherford, sheriff ET AL.

However, this Sanctions Tort is against all staff (NAMES AND RANKS) listed t herein who were on Duty both day's Dec. 26, 2012 and Jan. 12, 2013, who, I feel as though violated my Constitutional Rights and the Jail facility policy, Rules and Regulations.

And Here, for this above Discovery, see relief soughte 2 on the next page.

1).

Cause of Action:

Sanctions Tort. A means of recovery for another party's discovery abuse, whereby the Judge orders the abusive party to pay the injured party a fine for the discovery violation(s); this is not a tort in the traditional sense, but rather a form of punishment that results in monetary gain for the injured party.

However, after physically being assaulted by another inmate here at the Duval County Jail, I notice a procedure violation on behalf of security was discovered therein and this is my valid reason for filing this Sanctions Tort against the following named individual I feel was personally involved.

Relief Sought:

1. The party are demanding the amount of $50,000 Dollars against John H. Rutherford, Sheriff.

2).

2. The party are demanding the amount of $10,000 Dollars against Jean Doe, Disciplinary team officer.

3. The party are demanding the amount of $50,000 Dollars against John Doe, the Chief.

4. The party are demanding the amount of $50,000 Dollars against John Doe, the Captain.

5. The party are demanding the amount of $50,000 Dollars against John Doe, The Lieutenant.

6. The party are demanding the amount of $10,000 Dollars against Jean Doe, 4th floor Sgt.

7. The party are demanding the amount of $10,000 Dollars against John Doe, 6th floor Sgt.

8. The party are demanding the amount of $10,000 Dollars against John Doe, 1st floor Sgt.

9. The party are demanding the Amount of $50.000 Dollars against Mr. Register, Law Librarian.

10. The party are demanding the Amount of $5.000 Dollars against John Doe, 4th floor security escort officer.

4).

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing, Notice of intent to Department of Insurance has been filed in regards to this Sanction Tort; To the Clerk of Court, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Spring Street S.W. Atlanta, GA. 30303 And the State's Attorney office, 330 E. Adams Street, Jacksonville, Florida. And the office of General Counsel, 117 West Duval Street-Suite-480, Jacksonville, Florida. 32202. On this 15 day of Feb, 2013.

Respectfully Submitted
Robin M. Williams

## Unnotarized Oath:

I Do understand under the Penalty of perjury, everything stated here is true and correct. I signed Robin M. Williams accordance to Fla. State 92.525(2).
Robin M. Williams

S/
5).